IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER M. ELLINGTON, | : |
| Plaintiff, | : |
| v. | : Civ. No. 21-1404-GBW |
| VINCE KANE, ET AL., | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington this 6th day of September, 2023;

1. On March 14, 2022, Defendants filed a motion to dismiss (D.I. 14). Plaintiff failed to timely respond.

2. On October 19, 2022, the Court directed Plaintiff to file a response to the motion to dismiss on or before October 28, 2022. (D.I. 15). Plaintiff was advised that failure to do so could result in the case being dismissed for failure to prosecute.

3. On October 31, 2022, Plaintiff having failed to file a response, the motion to dismiss was denied as moot and the case was dismissed for failure to prosecute. (D.I. 16).

4. On November 1, 2022, Plaintiff's motion requesting an extension of time to file a response, dated October 28, 2022, was received and docketed. (D.I.

17). Therein, Plaintiff stated that he "had been preparing a compelling response due diligently," stated that he was "working as fast as possible to complete said Response," and requested an extension until December 27, 2022 to file his response. (*Id.* at 2-3).

5. By Order entered on November 16, 2022, the case was reopened and Plaintiff was given an extension until December 16, 2022 to file his response. (D.I. 18). Plaintiff was again advised that the case may be closed for failure to prosecute if he failed to timely file his response.

6. On December 19, 2022, the Court received and docked a second extension request from Plaintiff, dated December 16, 2022, in which he stated that he had "prepared a response for the matter and will have said complete within several hours," and requested an additional extension. (D.I. 19).

7. By Oral Order entered on December 21, 2022, the Court granted Plaintiff's second extension request, directed him to file his response no later than January 9, 2023, and advised him that the case would be dismissed without prejudice if he failed to do so. (D.I. 20).

8. On January 12, 2023, the Court received and docketed a third extension request, dated January 10, 2023, in which Plaintiff stated that he was finalizing his response, needed only days before he would file it, was working as

fast as possible to complete it, and that the Government did oppose an extension. (D.I. 21). The extension remains pending, and no response has been filed.

Now therefore, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (D.I. 14) is **DENIED** as moot.

2. Plaintiff's third extension request (D.I. 21) is **DENIED** as moot.

3. The Complaint is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this case.

4. The Clerk of Court is directed to **CLOSE** the case.

_____
United States District Judge